JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH A. BENJAMIN,<br><br>          Petitioner,<br><br>          v.<br><br>SCOTT FRAUNHEIM, Warden,<br><br>          Respondent. | Case No. EDCV 16-25-RSWL (KK)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: 8/26/2016                        s/ RONALD S.W. LEW
                                              HONORABLE RONALD S.W. LEW
                                              Senior United States District Judge